NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIN ZOLNER and KEITH
ZOLNER,

     Appellants,

v.

     Case No. 2D18-2117

DEUTSCHE BANK NATIONAL
TRUST COMPANY, as trustee
for AMERICAN HOME
MORTGAGE ASSETS TRUST
2007-2 MORTGAGE-BACKED
PASS-THROUGH CERTIFICATES,
SERIES 2007-2; US FUNDING
GROUP, LLC; and MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.,

     Appellees.

Opinion filed November 8, 2019.

Appeal from the Circuit Court for
Sarasota County; Frederick P.
Mercurio, Judge.

Jacqulyn Mack-Majka of Mack Law
Firm Chartered, Englewood, for
Appellants.

Daniel S. Hurtes and Nicole R. Topper of
Blank Rome LLP, Fort Lauderdale, for
Appellee Deutsche Bank National Trust
Company.

No appearance for remaining
Appellees.


PER CURIAM.

Affirmed.


CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.